IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARL A. GAIL, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Case No. |
| 160388 CANADA INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

Defendant, 160388 Canada Inc., hereby removes Case No. C-17-CV-21-000102 from the Circuit Court for Queen Anne's County, Maryland, to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

**Statement of the Case**

1. The above-captioned action was filed by Plaintiffs Carl A. Gail, Najalah J. Howard and Belinda R. Howard on or about July 12, 2021 in the Circuit Court for Queen Anne's County, Maryland, Case No. C-17-CV-21-000102.  A copy of the Complaint and Writ of Summons as to William Osborne are attached hereto as **Exhibits A and B**.

2. Defendant 160388 Canada Inc. was not a named party to the initial Complaint. A copy of the affidavit of service as to Tycorra is attached hereto as **Exhibit C**; however, Tycorra is no longer a party to the instant lawsuit, having been dismissed.

3. On December 10, 2021, the Circuit Court for Queen Anne's County, Maryland issued a Notice of Contemplated Dismissal (lack of jurisdiction) as to Defendant William Osborne, a copy of which is attached to as **Exhibit D**.

4. On January 5, 2022, Plaintiffs filed a Motion to Defer Entry of Contemplated Dismissal. Attached hereto as **Exhibit E**.

5. On January 6, 2022, the Honorable Lynn Knight of the Circuit Court for Queen Anne's County entered an Order granting Plaintiffs' Motion to Defer Entry of Contemplated Dismissal. Attached hereto as **Exhibit F.**

6. Plaintiffs Carl A. Gail, Najalah J. Howard and Belinda R. Howard filed their Amended Complaint in the Circuit Court for Queen Anne's County, Maryland, Case No. C-17-CV-21-000102 on March 29, 2022. Attached hereto as **Exhibit G.**

7. Plaintiffs Carl A. Gail, Najalah J. Howard and Belinda R. Howard filed their Line of Partial Dismissal in the Circuit Court for Queen Anne's County, Maryland, Case No. C-17-CV-21-000102 on March 29, 2022. Attached hereto as **Exhibit H.**

8. On March 29, 2022, the Honorable Lynn Knight of the Circuit Court for Queen Anne's County entered an Order granting Plaintiffs' request to dismiss Tycorra Investments, Inc. from the instant litigation. Attached hereto as **Exhibit I**.

9. Defendant 160388 Canada Inc. was served with the Amended Complaint on March 29, 2022, by and through its undersigned counsel. Attached hereto as **Exhibit J**.

10. Defendant William Osborne filed his Answer to Plaintiffs' Amended Complaint in the Circuit Court for Queen Anne's County, Maryland, Case No. C-17-CV-21-000102 on April 6, 2022. Attached hereto as **Exhibit K.**

11. The Amended Complaint asserts three Counts sounding in Negligence.

12. In Plaintiffs' Amended Complaint, for the first time, Plaintiff seeks relief against this Defendant 160388 Canada Inc. including damages "in excess of $75,000." *See* **Exhibit G**, pp. 5-7.

269348692v.1

**Diversity Jurisdiction pursuant to 28 U.S.C. §1332(a)**

13. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants, and more than $75,000 (exclusive of interest and costs) is at stake.

14. Plaintiffs allege that they are residents/citizens of the State of Delaware.

15. Defendant, 160388 Canada Inc. is not a citizen of Maryland because it is a corporation with a place of incorporation and principal place of business in Canada and outside of the state of Maryland.  160388 Canada Inc. is a Canadian corporation.

16. Plaintiff in this action request unspecified damages in excess of $75,000, as well as interest and costs.  Thus, over $75,000 is in controversy and the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.

**Conclusion**

17. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5.a. a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Defendant, 160388 Canada Inc., are being filed with this Notice of Removal.

18. This Notice of Removal is being filed within 30 days of the date that Plaintiffs amended their Complaint to name 160388 Canada Inc. as a defendant party to this lawsuit.  It has not been more than one year since suit in State Court was originally filed.  Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

19. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District of Maryland is the federal judicial district embracing the Circuit Court for Queen Anne's County, where the State Court Action was originally filed.

20. By notice of Removal, Defendant, 160388 Canada Inc., do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action. Defendant intends no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions, and or pleas.

        Respectfully submitted,

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

        */s/ Christine R. Hogan*
        Angela W. Russell (Bar No.: 15227)
        Christine R. Hogan (Bar No.: 18884)
        500 E. Pratt Street, Suite 600
        Baltimore, MD 21202-3173
        Tel. 410-539-1800
        Fax. 410-962-8758
        angela.russell@wilsonelser.com
        christine.hogan@wilsonelser.com
        *Attorneys for Defendant 160388 Canada Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2022, a copy of foregoing, was mailed, postage pre-paid, to the following counsel of record:

Nathan E. Berry
Saiontz & Kirk, P.A.
3 South Frederick St., Suite 900
Baltimore, MD 21202
nberry@saiontzkirk.com
*Attorney for Plaintiff*

        */s/ Christine R. Hogan*
        Christine R. Hogan